UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 13-CR-0182

JULIAN PEREZ, JR.,

    Defendant.

---

**ORDER**

---

      Julian Perez, Jr., defendant in the above matter, has filed a motion requesting that the court recommend a one-year halfway house placement at the end of serving his sentence. Perez is serving a 60-month sentence for conspiracy to distribute controlled substances. In support of his motion, he has offered exhibits that show he has completed programs intended for his rehabilitation and betterment. While the Court commends Perez for his hard work and taking advantage of prison programs, the motion will be denied. As the letter mailed to plaintiff from the probation office of the district advises him, his case manager at the prison is in a better position to determine what type of halfway house placement is appropriate. The court has authority to modify conditions of supervision once the petitioner is released and begins his supervision, but it is premature for the court to become involved in his programming at this point. Accordingly, the motion is denied.

      Dated this   27th   day of August, 2015.

                                        s/ William C. Griesbach
                                        WILLIAM C. GRIESBACH, Chief Judge
                                        United States District Court